

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00405-CV

_____

DAVID STUBBS, Appellant

V.

CLIFF RANDALL CONE AND KELLI CONE, Appellees

On Appeal from the 481st District Court
Denton County, Texas
Trial Court No. 22-5286-481

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Agreed Motion to Dismiss Appeal Due to Settlement." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Further, there having been a supersedeas bond filed in the trial court on December 13, 2022, appellant, the principal on the bond (Safeco Insurance Company of Indiana), and the surety on the bond (The Ohio Casualty Insurance Company), are all discharged of liability on the bond. *See S.J. Louis Constr. Of Tex., Ltd. v. Principle Envtl., LLC*, No. 02-16-00266-CV, 2016 WL 5957032, at *1 (Tex. App.—Fort Worth Oct. 13, 2016, no pet.) (mem. op.).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 2, 2023